

RECEIVED
IN MONROE, LA

OCT 18 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| AARON DILLON | CIVIL ACTION NO. 06-1285 |
| VS. | JUDGE ROBERT G. JAMES |
| ROBERT GUNTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 17 day of October, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE